

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 11, 2021

VIA EMAIL AND USAFX

Jan Rostal
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
jan_rostal@fd.org

   Re: *United States v. Edward Francisco Rodriguez*
      Case No. 21-cr-483

Dear Ms. Rostal:

 Today I have made available to you preliminary discovery via the USAfx portal in a folder named "U.S. v. Edward Rodriguez, 21-cr-483." Within that folder is a subfolder named "2021-08-11 Production" that contains the following materials:

- A zip file named "Interview video.zip" that contains a video of the custodial interview of Mr. Rodriguez;

- A zip filed named "Photos.zip" that contains 19 photos relevant to Mr. Rodriguez;

- A folder named "T-Mobile Return" that contains 2 files obtained in response to a search warrant to T-Mobile; and

- A zip filed named "Serials.zip" that contains 210 files relevant to the FBI's investigation of Mr. Rodriguez. An index of those files is enclosed with this letter.

 Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution.

These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

*/s/ Alison B. Prout*
Alison B. Prout
Assistant United States Attorney

**INDEX OF SERIALS**

| Document Date | Description | File Name |
|---|---|---|
| 4/13/2021 | SuitMacer__Edward_F._Rodriguez.mp4 | 0176-NY-A3421991_0000003_1A0011624_0000001.mp4 |
| 4/13/2021 | Edward_Rodriguez_Arrest_Details__Miami_FL.pdf | 0176-NY-A3421991_0000003_1A0011624_0000002.pdf |
| 4/13/2021 | Edward_F_Rodriguez_-_Tennessee_Mugshot_132699855.pdf | 0176-NY-A3421991_0000003_1A0011624_0000003.pdf |
| 4/13/2021 | Edward_Rodriguez_CENTURY_21_Real_Estate_Agent_in_Brooklyn_NY.pdf | 0176-NY-A3421991_0000003_1A0011624_0000004.pdf |
| 4/13/2021 | Potential Identification of Capitol AFO #SuitMacer as Edward Rodriguez | 0176-NY-A3421991_0000004.pdf |
| 4/13/2021 | 2021-03-23_seditionhuntersorg20210220mpdslide170b.png | 0176-NY-A3421991_0000005_1A0009027_0000001.png |
| 4/13/2021 | 2021-03-25_seditionhunters.org20210220mpdslide141b.png | 0176-NY-A3421991_0000005_1A0009028_0000001.png |
| 4/13/2021 | 2021-03-25_pokerdbthehendonmobcomplayerphparn244125.png | 0176-NY-A3421991_0000005_1A0009029_0000001.png |
| 4/13/2021 | 2021-03-25_wwwpokerincomenplayerskarthikramakrishnan.png | 0176-NY-A3421991_0000005_1A0009030_0000001.png |
| 4/13/2021 | Subfile Opening Document for AFO subject Edward Francisco Rodriguez. | 0176-NY-A3421991_0000006.pdf |
| 4/13/2021 | Rodriguez Photo 2.PNG | 0176-NY-A3421991_0000006_1A0000001_0000001.PNG |
| 4/13/2021 | CLEAR_Rodriguez_Edward.pdf | 0176-NY-A3421991_0000006_1A0000001_0000002.pdf |
| 4/13/2021 | Accurint_Rodriguez_Edward.pdf | 0176-NY-A3421991_0000006_1A0000001_0000003_REDACTED.pdf |
| 4/13/2021 | Rodriguez Photo.PNG | 0176-NY-A3421991_0000006_1A0000001_0000004.PNG |
| 4/13/2021 | Rodriguez Photo 3.PNG | 0176-NY-A3421991_0000006_1A0000001_0000005.PNG |
| 4/13/2021 | IAQ115222.pdf | 0176-NY-A3421991_0000006_1A0000001_0000006.pdf |
| 4/13/2021 | NCIC_Rodriguez.pdf | 0176-NY-A3421991_0000006_1A0000001_0000007.pdf |
| 4/13/2021 | Rodriguez DL Photo.PNG | 0176-NY-A3421991_0000006_1A0000001_0000008.PNG |
| 4/15/2021 | Identification of victim officers | 0176-NY-A3421991_0000007.pdf |
| 4/15/2021 | BWC_of_████.mp4 | 0176-NY-A3421991_0000007_1A0000002_0000001.mp4 |
| 4/15/2021 | BWC_of_████.mp4 | 0176-NY-A3421991_0000007_1A0000002_0000002.mp4 |
| 4/15/2021 | BWC_of_████.mp4 | 0176-NY-A3421991_0000007_1A0000002_0000003.mp4 |
| 4/15/2021 | BWC_of_████.mp4 | 0176-NY-A3421991_0000007_1A0000002_0000004.mp4 |
| 4/15/2021 | Review of Capitol Hill Camera Footage in TTK | 0176-NY-A3421991_0000008.pdf |
| 4/15/2021 | RODRIGUEZ CAPITOL CAMERA 0682USCG00WestFrontSouth STILL 1 .png | 0176-NY-A3421991_0000008_1A0000003_0000001.png |
| 4/15/2021 | RODRIGUEZ CAPITOL CAMERA 0789 KIO 00 K17 Wash & Indep SW  STILL 1.png | 0176-NY-A3421991_0000008_1A0000003_0000002.png |
| 4/15/2021 | RODRIGUEZ CAPITOL CAMERA  0682USCG00WestFrontSouth STILL 2.png | 0176-NY-A3421991_0000008_1A0000003_0000003.png |
| 4/15/2021 | RODRIGUEZ CAPITOL CAMERA 0789 KIO 00 K17 Wash & Indep SW  STILL 2.png | 0176-NY-A3421991_0000008_1A0000003_0000004.png |
| 4/15/2021 | RODRIGUEZ CAPITOL CAMERA 0682USCG00WestFrontSouth  STILL 3.png | 0176-NY-A3421991_0000008_1A0000003_0000005.png |
| 4/15/2021 | Database Checks For Edward Rodriguez, DOB: ████ | 0176-NY-A3421991_0000009.pdf |
| 4/15/2021 | export_report-_Rodriguez.pdf | 0176-NY-A3421991_0000009_1A0000004_0000001_REDACTED.pdf |
| 4/15/2021 | Open-Source Queries | 0176-NY-A3421991_0000009_1A0000005_0000001 |
| 4/15/2021 | NYPD Report Edward Rodriguez.pdf | 0176-NY-A3421991_0000009_1A0000006_0000001.pdf |
| 4/15/2021 | RODRIGUEZ NCIC.pdf | 0176-NY-A3421991_0000009_1A0000007_0000001.pdf |
| 4/15/2021 | Multimedia Exploitation Unit Request (MXU) | 0176-NY-A3421991_0000010.pdf |
| 4/15/2021 | Open-Source Review of Reddit Video | 0176-NY-A3421991_0000011.pdf |
| 4/15/2021 | Suitmacer Unmasked.mp4 | 0176-NY-A3421991_0000011_1A0000009_0000001.mp4 |
| 4/23/2021 | Surveillance Request for EDWARD RODRIGUEZ | 0176-NY-A3421991_0000012.pdf |
| 4/23/2021 | Rodriguez+Photo+3.PNG | 0176-NY-A3421991_0000012_1A0000010_0000001.PNG |
| 4/23/2021 | SO Addendum 2019a.docx | 0176-NY-A3421991_0000012_1A0000010_0000002_REDACTED.pdf |
| 4/23/2021 | InlineAttachment_Capture.png | 0176-NY-A3421991_0000012_1A0000010_0000003.png |
| 4/23/2021 | Rodriguez+DL+Photo.PNG | 0176-NY-A3421991_0000012_1A0000010_0000004.PNG |
| 4/23/2021 | CT-26_Subject_Sheet_Edward_Rodriguez.docx | 0176-NY-A3421991_0000012_1A0000010_0000005.docx |
| 4/26/2021 | Capitol Hill camera footage provided by USCP | 0176-NY-A3421991_0000013.pdf |
| 4/26/2021 | 0176-NY-A3421991_0000013_1A0000011_0000001_PHYSICAL.pdf | 0176-NY-A3421991_0000013_1A0000011_0000001_PHYSICAL.pdf |
| 4/28/2021 | NYPD Computer checks | 0176-NY-A3421991_0000014.pdf |
| 4/28/2021 | Edward Rodriguez PD checks (1) G176-NY-A3421991.pdf | 0176-NY-A3421991_0000014_1A0000012_0000001.pdf |
| 4/28/2021 | FD-930-EDWARD FRANCISCO RODRIGUEZ | 0176-NY-A3421991_0000015.pdf |
| 4/28/2021 | TSS_FD930_272386_61.txt | 0176-NY-A3421991_0000015_Import.txt |
| 4/30/2021 | Additional MDP BWC Footage | 0176-NY-A3421991_0000016.pdf |
| 4/30/2021 | BWC_of_████ 2.mp4 | 0176-NY-A3421991_0000016_1A0000013_0000001.mp4 |
| 4/30/2021 | BWC_of_D████_Trim.mp4 | 0176-NY-A3421991_0000016_1A0000013_0000002.mp4 |
| 4/30/2021 | 0176-NY-A3421991_0000016_1A0000014_0000001_PHYSICAL.pdf | 0176-NY-A3421991_0000016_1A0000014_0000001_PHYSICAL.pdf |
| 4/30/2021 | Amtrack Travel Record | 0176-NY-A3421991_0000017.pdf |
| 4/30/2021 | PNR_F31A99_-_RODRIGUEZ_Edward.pdf | 0176-NY-A3421991_0000017_1A0000015_0000001.pdf |
| 5/3/2021 | FACE Services Request & Response | 0176-NY-A3421991_0000018.pdf |
| 5/4/2021 | WISE alert for EDWARD F. RODRIGUEZ | 0176-NY-A3421991_0000020.pdf |
| 5/5/2021 | Capitol Hill camera footage provided by USCP | 0176-NY-A3421991_0000021.pdf |
| 5/5/2021 | 0176-NY-A3421991_0000021_1A0000019_0000001_PHYSICAL.pdf | 0176-NY-A3421991_0000021_1A0000019_0000001_PHYSICAL.pdf |
| 5/7/2021 | Open-Source Review of Twitter Video | 0176-NY-A3421991_0000022.pdf |
| 5/7/2021 | suitmacer_interview.mp4 | 0176-NY-A3421991_0000022_1A0000020_0000001.mp4 |
| 5/7/2021 | PIXBOX post.jpg | 0176-NY-A3421991_0000022_1A0000020_0000002.jpg |
| 5/10/2021 | Image 2.png | 0176-NY-A3421991_0000023_1A0000022_0000001.png |
| 5/10/2021 | Image 1.jpg | 0176-NY-A3421991_0000023_1A0000022_0000002.jpg |
| 5/13/2021 | Conferral with Jesse Leung - New York City Human Resources Administration | 0176-NY-A3421991_0000024.pdf |
| 5/13/2021 | HRA Conferral notes.pdf | 0176-NY-A3421991_0000024_1A0000023_0000001.pdf |
| 5/26/2021 | BLINK still signed by XXXXXXXX.pdf | 0176-NY-A3421991_0000025_1A0000026_0000001_REDACTED.pdf |
| 5/26/2021 | Capital interview still signed by XXXXXXXX.pdf | 0176-NY-A3421991_0000025_1A0000027_0000001_REDACTED.pdf |
| 6/14/2021 | USCP Statements- Officer ████ | 0176-NY-A3421991_0000026.pdf |
| 6/14/2021 | 5_Case___OTHE-2021-000163_Case_Packet.pdf | 0176-NY-A3421991_0000026_1A0000028_0000001.pdf |
| 6/14/2021 | USCP Statements- Officer ████ | 0176-NY-A3421991_0000027.pdf |
| 6/14/2021 | 1_Case___OTHE-2021-000207_Case_Packet.pdf | 0176-NY-A3421991_0000027_1A0000029_0000001.pdf |
| 6/14/2021 | ████_-_21004108.pdf | 0176-NY-A3421991_0000027_1A0000029_0000002.pdf |
| 6/21/2021 | Photo_shown_to_Ofc_████.msg | 0176-NY-A3421991_0000028_1A0000002_0000002.msg |
| 6/21/2021 | 0176-NY-A3421991_0000030_1A0000014_0000001_PHYSICAL.pdf | 0176-NY-A3421991_0000030_1A0000014_0000001_PHYSICAL.pdf |
| 6/23/2021 | Reddit_interview.mp4 | 0176-NY-A3421991_0000031_1A0000031_0000001.mp4 |
| 6/23/2021 | suitmacer_interview.mp4 | 0176-NY-A3421991_0000031_1A0000031_0000002.mp4 |
| 6/23/2021 | Dir9hxG9Oy-HLZvI.mp4 | 0176-NY-A3421991_0000031_1A0000031_0000003.mp4 |
| 6/23/2021 | Dir9hxG9Oy-HLZvI.mp4 | 0176-NY-A3421991_0000032_1A0000033_0000001.mp4 |
| 6/23/2021 | suitmacer_interview.mp4 | 0176-NY-A3421991_0000032_1A0000033_0000002.mp4 |
| 6/23/2021 | Reddit_interview.mp4 | 0176-NY-A3421991_0000032_1A0000033_0000003.mp4 |
| 6/24/2021 | Search Warrant Service: T-Mobile ████ | 0176-NY-A3421991_0000033.pdf |
| 6/30/2021 | Search Warrant Compliance: T-Mobile ████ | 0176-NY-A3421991_0000034.pdf |
| 6/30/2021 | 3288513_20210628_OBJ.pdf | 0176-NY-A3421991_0000034_1A0000035_0000001.pdf |
| 6/30/2021 | CDR_Mediations_3478982425_9325373 R.xls | 0176-NY-A3421991_0000034_1A0000035_0000003.xls |

**INDEX OF SERIALS**

| Date | Description | Identifier |
|---|---|---|
| 6/30/2021 | 3288513 Payment Information.png | 0176-NY-A3421991_0000034_1A0000035_0000004.png |
| 6/30/2021 | SUB_Amdocs_3478982425_9325374.xls | 0176-NY-A3421991_0000034_1A0000035_0000005.xls |
| 6/30/2021 | 3288513_20210626_Certification.pdf | 0176-NY-A3421991_0000034_1A0000035_0000006.pdf |
| 7/9/2021 | Search Warrant Execution - ▓▓▓ | 0176-NY-A3421991_0000035.pdf |
| 7/12/2021 | Federal Complaint and Arrest Warrant for EDWARD RODRIGUEZ | 0176-NY-A3421991_0000037.pdf |
| 7/12/2021 | 21-mj-518 SIGNED Rodriguez Arrest Warrant .pdf | 0176-NY-A3421991_0000037_1A0000039_0000001.pdf |
| 7/12/2021 | 21-mj-518 Rodriguez - SIGNED Order to Seal Complaint.pdf | 0176-NY-A3421991_0000037_1A0000039_0000002.pdf |
| 7/12/2021 | 21-mj-518 SIGNED Rodriguez Complaint.pdf | 0176-NY-A3421991_0000037_1A0000039_0000003.pdf |
| 7/12/2021 | 21-mj-518 SIGNED Rodriguez Complaint - redacted.pdf | 0176-NY-A3421991_0000037_1A0000039_0000004.pdf |
| 7/12/2021 | 21-mj-518 SIGNED Rodriguez Statement of Facts.pdf | 0176-NY-A3421991_0000037_1A0000039_0000005.pdf |
| 7/12/2021 | Search Warrant Execution at ▓▓▓ | 0176-NY-A3421991_0000036.pdf |
| 7/12/2021 | Photo Log.pdf | 0176-NY-A3421991_0000036_1A0000036_0000001.pdf |
| 7/12/2021 | Photo Info.pdf | 0176-NY-A3421991_0000036_1A0000036_0000002.pdf |
| 7/12/2021 | Notes.pdf | 0176-NY-A3421991_0000036_1A0000036_0000003.pdf |
| 7/12/2021 | Evidence Collected Item Log.pdf | 0176-NY-A3421991_0000036_1A0000036_0000004.pdf |
| 7/12/2021 | Receipt for Property.pdf | 0176-NY-A3421991_0000036_1A0000036_0000005.pdf |
| 7/12/2021 | Sign In Log.pdf | 0176-NY-A3421991_0000036_1A0000036_0000006.pdf |
| 7/12/2021 | 0176-NY-A3421991_0000036_1A0000037_0000001_PHYSICAL.pdf | 0176-NY-A3421991_0000036_1A0000037_0000001_PHYSICAL.pdf |
| 7/12/2021 | SW No Affidavit.pdf | 0176-NY-A3421991_0000036_1A0000036_0000007.pdf |
| 7/12/2021 | ID.docx | 0176-NY-A3421991_0000036_1A0000038_0000001.docx |
| 7/12/2021 | SW Execution Log.pdf | 0176-NY-A3421991_0000036_1A0000036_0000008.pdf |
| 7/12/2021 | Sketch.pdf | 0176-NY-A3421991_0000036_1A0000036_0000009.pdf |
| 7/12/2021 | Admin Worksheet.pdf | 0176-NY-A3421991_0000036_1A0000036_0000010.pdf |
| 7/12/2021 | Search Warrant Execution - EDWARD RODRIGUEZ | 0176-NY-A3421991_0000038.pdf |
| 7/12/2021 | Federal Search Warrant - ▓▓▓ | 0176-NY-A3421991_0000039.pdf |
| 7/12/2021 | 2021.07.08_21-MJ-790_SW_application_reduced_SIGNED.pdf | 0176-NY-A3421991_0000039_1A0000040_0000001.pdf |
| 7/12/2021 | Open-Source Review of YouTube video | 0176-NY-A3421991_0000040.pdf |
| 7/12/2021 | January_8_2021.mp4 | 0176-NY-A3421991_0000040_1A0000041_0000001.mp4 |
| 7/13/2021 | Recorded post-arrest interview of EDWARD RODRIGUEZ conducted July 09, 2021. | 0176-NY-A3421991_0000041.pdf |
| 7/13/2021 | Open-Source Review of Twitter post | 0176-NY-A3421991_0000042.pdf |
| 7/13/2021 | E58cJJfWQAcky7J.jpeg | 0176-NY-A3421991_0000042_1A0000042_0000001.jpeg |
| 7/13/2021 | Screenshot_20210710-123412_Chrome.jpg | 0176-NY-A3421991_0000042_1A0000042_0000002.jpg |
| 7/13/2021 | Interview of EDWARD RODRIGUEZ | 0176-NY-A3421991_0000043.pdf |
| 7/13/2021 | Consent to Search.pdf | 0176-NY-A3421991_0000043_1A0000043_0000001.pdf |
| 7/13/2021 | Advice of Rights.pdf | 0176-NY-A3421991_0000043_1A0000043_0000002.pdf |
| 7/13/2021 | image-398.png | 0176-NY-A3421991_0000043_1A0000045_0000001.png |
| 7/13/2021 | Property receipt.pdf | 0176-NY-A3421991_0000043_1A0000043_0000003.pdf |
| 7/13/2021 | Rodriguez Notes pg1.pdf | 0176-NY-A3421991_0000043_1A0000044_0000001.pdf |
| 7/13/2021 | Rodriguez Notes pg3.pdf | 0176-NY-A3421991_0000043_1A0000044_0000002.pdf |
| 7/13/2021 | Rodriguez Notes pg2.pdf | 0176-NY-A3421991_0000043_1A0000044_0000003.pdf |
| 7/13/2021 | Annotation_2021-04-26_102714.jpg | 0176-NY-A3421991_0000043_1A0000045_0000002.jpg |
| 7/13/2021 | Annotation_2021-04-21_122838.jpg | 0176-NY-A3421991_0000043_1A0000045_0000003.jpg |
| 7/14/2021 | Arrest of EDWARD RODRIGUEZ | 0176-NY-A3421991_0000044.pdf |
| 7/14/2021 | Subject Photo.pdf | 0176-NY-A3421991_0000044_1A0000046_0000001.pdf |
| 7/14/2021 | Disposition Report.pdf | 0176-NY-A3421991_0000044_1A0000046_0000002.pdf |
| 7/14/2021 | Fringerprints pg2.pdf | 0176-NY-A3421991_0000044_1A0000046_0000003.pdf |
| 7/14/2021 | Fingerprints pg1.pdf | 0176-NY-A3421991_0000044_1A0000046_0000004.pdf |
| 7/14/2021 | 21-mj-518 SIGNED Rodriguez Arrest Warrant .pdf | 0176-NY-A3421991_0000044_1A0000046_0000005.pdf |
| 7/14/2021 | New_USMS_Form78a_EDNY_RODRIGUEZ.pdf | 0176-NY-A3421991_0000044_1A0000046_0000006.pdf |
| 7/14/2021 | Interview of Ofc. ▓▓▓ on July 8, 2021 | 0176-NY-A3421991_0000045.pdf |
| 7/14/2021 | BWC_of_▓▓▓.mp4 | 0176-NY-A3421991_0000045_1A0000047_0000001.mp4 |
| 7/14/2021 | ▓▓▓ Notes pg1.pdf | 0176-NY-A3421991_0000045_1A0000048_0000001.pdf |
| 7/14/2021 | ▓▓▓ Notes pg2.pdf | 0176-NY-A3421991_0000045_1A0000048_0000002.pdf |
| 7/14/2021 | BWC_of_▓▓▓.mp4 | 0176-NY-A3421991_0000045_1A0000047_0000002.mp4 |
| 7/20/2021 | (U) Interview of ▓▓▓ | 0176-NY-A3421991_0000046_REDACTED.pdf |
| 7/20/2021 | (U) ▓▓▓ Interiew Notes.pdf | 0176-NY-A3421991_0000046_1A0000049_0000001_REDACTED.pdf |
| | | |
| 5/3/2021 | CustomerInfo_749119884874.txt | 0176-NY-A3421991-GJ_0000005_1A0000005_0000001.txt |
| 5/3/2021 | GooglePay.CustomerInformation.ExportSummary.txt | 0176-NY-A3421991-GJ_0000005_1A0000005_0000002.txt |
| 5/3/2021 | GoogleAccount.SubscriberInfo.ExportSummary.txt | 0176-NY-A3421991-GJ_0000005_1A0000005_0000003.txt |
| 5/3/2021 | frank.rodz01.SubscriberInfo.html | 0176-NY-A3421991-GJ_0000005_1A0000005_0000005.htm |
| 5/4/2021 | ReportCAPM_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000003.txt |
| 5/4/2021 | ReportIMSI_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000004.txt |
| 5/4/2021 | ReportSIMCARD_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000005.pdf |
| 5/4/2021 | 1.TIF | 0176-NY-A3421991-GJ_0000006_1A0000006_0000006.TIF |
| 5/4/2021 | ReportAU_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000007.pdf |
| 5/4/2021 | ReportLandline_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000008.pdf |
| 5/4/2021 | ReportPAYMENT_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000009.txt |
| 5/4/2021 | ReportSIMCARD_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000010.txt |
| 5/4/2021 | ReportIMEI_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000011.pdf |
| 5/4/2021 | ReportIMEI_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000012.txt |
| 5/4/2021 | ReportPAYMENT_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000013.pdf |
| 5/4/2021 | ReportAU_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000014.txt |
| 5/4/2021 | ReportCT_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000015.pdf |
| 5/4/2021 | ReportIMSI_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000016.pdf |
| 5/4/2021 | ReportCAPM_3205614.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000017.pdf |
| 5/4/2021 | ReportLandline_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000018.txt |
| 5/4/2021 | ReportCT_3205614.txt | 0176-NY-A3421991-GJ_0000006_1A0000006_0000019.txt |
| 5/4/2021 | ATT_Records_Key.pdf | 0176-NY-A3421991-GJ_0000006_1A0000006_0000020.pdf |
| 5/13/2021 | 04._Optimum_Read_Me.pdf | 0176-NY-A3421991-GJ_0000009_1A0000009_0000002.pdf |
| 5/13/2021 | SHA256_Hash_US21042922FYTF_210510205125658.csv | 0176-NY-A3421991-GJ_0000009_1A0000009_0000003.csv |
| 5/13/2021 | 03._ALUS_Subscriber_Information.pdf | 0176-NY-A3421991-GJ_0000009_1A0000009_0000004.pdf |
| 5/13/2021 | 02._ALUS_Declaration.pdf | 0176-NY-A3421991-GJ_0000009_1A0000009_0000005.pdf |
| 5/13/2021 | 01._ALUS_Cover_Letter.pdf | 0176-NY-A3421991-GJ_0000009_1A0000009_0000006.pdf |
| 5/24/2021 | 3221116 Certification.pdf | 0176-NY-A3421991-GJ_0000010_1A0000010_0000003.pdf |
| 5/24/2021 | email_3221116.htm | 0176-NY-A3421991-GJ_0000010_1A0000010_0000004.htm |
| 5/24/2021 | Interpreting Call Detail Records - 02252020.pdf | 0176-NY-A3421991-GJ_0000010_1A0000010_0000005.pdf |
| 5/24/2021 | email_05042021074741.html | 0176-NY-A3421991-GJ_0000010_1A0000010_0000006.htm |
| 5/24/2021 | Interpreting Subscriber Information 20200929.pdf | 0176-NY-A3421991-GJ_0000010_1A0000010_0000007.pdf |
| 5/24/2021 | CDR_Mediations_7868057302_9136108.xls | 0176-NY-A3421991-GJ_0000010_1A0000010_0000008.xls |

**INDEX OF SERIALS**

| Date | Description | File |
|---|---|---|
| 5/24/2021 | SUB_Amdocs_7868057302_9136109.xls | 0176-NY-A3421991-GJ_0000010_1A0000010_0000009.xls |
| 5/24/2021 | UTC Information Sheet 05252018.pdf | 0176-NY-A3421991-GJ_0000010_1A0000010_0000010.pdf |
| 5/26/2021 | Decl Authenticating Business Records.pdf | 0176-NY-A3421991-GJ_0000011_1A0000011_0000001.pdf |
| 5/26/2021 | Microsoft_Account_Report_959415.xlsx | 0176-NY-A3421991-GJ_0000011_1A0000011_0000003.xlsx |
| 5/26/2021 | Microsoft Guidelines for US Law Enforcement_March2020.pdf | 0176-NY-A3421991-GJ_0000011_1A0000011_0000004.pdf |
| 5/26/2021 | Microsoft_Account_Report_959416.xlsx | 0176-NY-A3421991-GJ_0000011_1A0000011_0000005.xlsx |
| 5/26/2021 | PLEASE READ - Important Response Information.pdf | 0176-NY-A3421991-GJ_0000011_1A0000011_0000006.pdf |
| 5/26/2021 | Interpreting Call Detail Records - 02252020.pdf | 0176-NY-A3421991-GJ_0000012_1A0000012_0000001.pdf |
| 5/26/2021 | CDR_Mediations_3478982425_9125618.xls | 0176-NY-A3421991-GJ_0000012_1A0000012_0000002.xls |
| 5/26/2021 | Interpreting Subscriber Information 20200929.pdf | 0176-NY-A3421991-GJ_0000012_1A0000012_0000004.pdf |
| 5/26/2021 | UTC Information Sheet 05252018.pdf | 0176-NY-A3421991-GJ_0000012_1A0000012_0000005.pdf |
| 5/26/2021 | SUB_Amdocs_3478982425_9125619.xls | 0176-NY-A3421991-GJ_0000012_1A0000012_0000006.xls |
| 5/26/2021 | 3217396 _20210525_Certification.pdf | 0176-NY-A3421991-GJ_0000012_1A0000012_0000007.pdf |
|  |  |  |
| 5/17/2021 | Surveillance Log of 04/26/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000002.pdf |
| 5/17/2021 | Surveillance Log of 04/27/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000001.pdf |
| 5/17/2021 | Surveillance Log of 04/29/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000003.pdf |
| 5/17/2021 | Surveillance Log of 04/30/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000004.pdf |
| 6/14/2021 | Surveillance Log of 04/28/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000005.pdf |
| 6/14/2021 | Surveillance Log of 05/10/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000006.pdf |
| 6/14/2021 | Surveillance  Log of 05/11/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000007.pdf |
| 6/14/2021 | Surveillance Log of 05/12/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000008.pdf |
| 6/14/2021 | Surveillance Log of 05/13/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000009.pdf |
| 6/14/2021 | 20210514_103014 (003).jpg | 0176-NY-A3421991-FISUR_0000009_1A0000011_0000001.jpg |
| 6/14/2021 | 20210514_103102 (002).jpg | 0176-NY-A3421991-FISUR_0000009_1A0000011_0000002.jpg |
| 6/14/2021 | VGB_0012.JPG | 0176-NY-A3421991-FISUR_0000009_1A0000013_0000001.JPG |
| 6/14/2021 | VGB_0019.JPG | 0176-NY-A3421991-FISUR_0000009_1A0000013_0000002.JPG |
| 6/14/2021 | Surveillance Log of 05/14/2021 of EDWARD RODRIGUEZ | 0176-NY-A3421991-FISUR_0000010.pdf |