**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.: 21-CR-483-DLF** |
| **EDWARD FRANCISCO RODRIGUEZ,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that the above-captioned matter is now assigned to

Trial Attorney Will N. Widman.  Trial Attorney Will N. Widman will be substituting for

Assistant United States Attorney Alison B. Prout.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     */s/ Will N. Widman*
WILL N. WIDMAN
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 24th day of May 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Will N. Widman* _____
WILL N. WIDMAN
Trial Attorney, Detailee