UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| - v. - | : |
| EDWARD FRANCISCO RODRIGUEZ, | :   **21-CR-483-DLF** |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR U.S. MARSHAL TRAVEL FUNDS**

The defense respectfully requests that the Court "so order" the attached proposed orders directing the U.S. Marshal to arrange for air transportation of the defendant, Edward Rodriguez, to attend the upcoming change of plea hearing scheduled for December 1, 2022, in the District of Columbia, and then to return home to New York City, where he currently resides under Pretrial supervision. These funds are authorized by 18 U.S.C. § 4285, which authorizes payment for the travel of released indigent criminal defendants on bail at court proceedings. Mr. Rodriguez is indigent and represented by the Federal Defenders as appointed counsel.

DATED:   November 2, 2022               Respectfully submitted,

                                        /s/ *Nora K. Hirozawa*
                                        **NORA K. HIROZAWA**
                                        Attorney for Mr. Rodriguez
                                        Federal Defenders of New York, Inc.
                                        One Pierrepont Plaza, 16th Fl.
                                        Brooklyn, NY 11201
                                        Tel.: (718) 330-1200

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Mr. Will Widman, Assistant United States Attorney.