UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

   - v. -                                        :

EDWARD FRANCISCO RODRIGUEZ**,**      :      **21-CR-483-DLF**

    Defendant.                              :

- - - - - - - - - - - - - - - - -- - - - - - - - - - - - - - - - x

**SUPPLEMENTAL FILING RE: MR. RODRIGUEZ'S MOTION
FOR U.S.M.S. TRAVEL FUNDS PURSUANT TO 18 U.S.C. § 4285**

Defense counsel writes to supplement Mr. Rodriguez's  motion for U.S. Marshal travel funds pursuant to 18 U.S.C. § 4285. Mr. Rodriguez submits an affidavit per the Court's request. Additionally, after conferring with government counsel, defense counsel requests that the Court order the U.S. Marshals Service to furnish Mr. Rodriguez with a per diem allowance for subsistence expenses, also pursuant to 18 U.S.C. § 4285. Mr. Rodriguez will submit updated proposed orders consistent with this additional request.

Thank you for your consideration.

DATED:      November 4, 2022                     Respectfully submitted,


                                                 /s/ Nora K. Hirozawa
                                                 **NORA K. HIROZAWA**
                                                 Attorney for Mr. Rodriguez
                                                 Federal Defenders of New York, Inc.
                                                 One Pierrepont Plaza, 16th Fl.
                                                 Brooklyn, NY 11201
                                                 Tel.: (718) 330-1200

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Mr. Will Widman, Assistant United States Attorney.