UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-CR-483 (DLF) |
| | : |
| EDWARD FRANCISCO RODRIGUEZ, | : |
| | : |
| Defendant. | : |
| | : |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Edward Francisco Rodriguez, by and through his attorney, Nora Hirozawa, now file this unopposed motion to continue the sentencing hearing set for Tuesday, September 25, 2023, in the above-captioned matter, until October 13, 2023. The parties request the additional time to prepare for sentencing for the reasons stated below.

1. Mr. Rodriguez is before the Court pending sentencing for violations of 18 U.S.C. §§ 111(a)(1) and (b), Assaulting, Resisting, or Impeding Certain Officers, Inflicting Bodily Injury. Sentencing is currently scheduled for September 25, 2023, at 10:00 a.m.

2. On June 13, 2023, the U.S. Probation Office issued a draft pre-sentence investigation report in this matter. The defendant anticipates filing substantial objections to the draft pre-sentence investigation report.

3. The government disclosed additional discovery materials, including reports documenting interviews with Metropolitan Police Department officers and body camera footage that bear upon Mr. Rodriguez's sentencing, on August 9, 2023 and August 22, 2023.

4. Mr. Rodriguez pled guilty without a plea agreement to assaulting an officer with a chemical irritant spray. As such, the parties anticipate extensive briefing on disputes in their respective sentencing memoranda regarding Guidelines Range calculations, including

whether the Base Offense Level would be established under U.S.S.G. § 2A2.4 (Obstructing or Impeding Officers) or U.S.S.G. § 2A2.2 (Aggravated Assault), and additionally whether certain Specific Offense Characteristics would apply under U.S.S.G. § 2A2.2(b)(2)(B) (Dangerous Weapon Used) and U.S.S.G. § 3A1.2(b) (Official Victim).

5. The parties have conferred with respect to scheduling. In addition to requiring additional time to review the discovery recently produced by the government and additional records yet to be produced, defense counsel has a conflict with the September 25, 2023 sentencing date. The parties have conferred with the Court are available to proceed to sentencing on October 13, 2023. The parties propose to submit sentencing memoranda two weeks before the new hearing date.

WHEREFORE, for the above reasons, the Defendant respectfully requests that this Court grant this motion to continue the sentencing hearing set for Tuesday, September 25, 2023, in the above-captioned matter, to October 13, 2023.

Respectfully submitted,

*/s/ Nora. K. Hirozawa*
Nora K. Hirozawa
Trial Attorney
Federal Defenders of New York
One Pierrepont Plaza, 16th Fl.
Brooklyn, NY 11201
(718) 330-1200
Nora_Hirozawa@fd.org