```
1    A.   We would have started taking these procedures a lot sooner.

2    Q.   By "these procedures," you mean preparing for evacuation --

3    A.   Yes.

4    Q.   -- and halting the Joint Session?

5    A.   Yes.

6              MS. LOEB:  Nothing further with this witness, Your

7    Honor.

8                           CROSS-EXAMINATION

9    BY MR. SHIPLEY:

10   Q.   Would it be fair to say that the operations of the House

11   and Senate were obstructed as of 2:13?

12   A.   Yes.

13   Q.   Prior to that because of a lack of situational awareness,

14   in other words, the information hadn't made it to you, the

15   Congress was still functioning before 2:13?

16   A.   Yes.

17             MR. SHIPLEY:  Thank you, Your Honor.

18             MS. LOEB:  No redirect, Your Honor.

19             THE COURT:  You can step down.  Thank you, sir.

20             Next witness.

21             MR. DREHER:  The Government calls Dr. Vanessa

22   Fitsanakis.

23                   DR. VANESSA A. FITSANAKIS,

24   having been first duly sworn on oath, was examined and

25   testified as follows:
```

```
1                        DIRECT EXAMINATION
2    BY MR. DREHER:
3    Q.  Good morning.  Can you please introduce yourself to the
4    Court?
5    A.  My name is Dr. Vanessa A. Fitsanakis.
6    Q.  What do you do?
7    A.  I'm a toxicologist with Robson Forensic.
8    Q.  If you wouldn't mind, the microphones, if you move them --
9    yeah, exactly.  If you kind of angle it right in front of your
10   mouth, it will pick it up a little easier.
11       Now you introduced yourself -- or maybe I introduced you as
12   a doctor.  So do you have a degree of some kind with respect to
13   neurotoxicology?
14   A.  I do.  I have a Ph.D in cellular and molecular neuroscience
15   but all of my research that went into obtaining that Ph.D and
16   at all of the work I've done since is in the field of
17   toxicology.
18       So in the field, I'm classified as a neurotoxicologist.
19   Q.  Can you explain just in case someone doesn't know what
20   toxicology is?
21   A.  Toxicology is the study of chemicals that adversely affect
22   the body.  And "adversely affect" is just a fancy way of saying
23   mess things up.
24   Q.  Where do you currently work?
25   A.  I currently work for Robson Forensic.
```

1   Q.  Do you have any other positions that you currently hold?

2   A.  I am also an adjunct professor at the Northeast Ohio

3   Medical University in their department of pharmaceutical

4   sciences.

5       I am also an affiliate processor at the Medical University

6   of South Carolina, where I teach in their college of pharmacy

7   and I teach second year pharmacy students.

8   Q.  Let's go through your educational background.  Where did

9   you go for undergraduate?

10  A.  I completed my undergraduate degree at Milligan College in

11  Johnson City, Tennessee, and that was a degree in chemistry

12  with a minor in math.

13  Q.  You mentioned your Ph.D.  Did you go through any schooling

14  in between your undergraduate and your Ph.D program?

15  A.  I did.  I have a MSC, a master's of science in science and

16  technology studies from the University of Edinburgh in

17  Scotland.

18  Q.  For how long at this point or how long ago, I should say,

19  did you get your Ph.D, roughly?

20  A.  I earned my Ph.D in 2003, so I have been actively involved

21  in the field of toxicology for over 20 years.

22  Q.  For how many years, if you can recall, have you been a --

23  have you held a position like a professor at a University?

24  A.  I think that my first appointment as an instructor was in

25  the fall of 2003 in the department of anatomy and physiology at

1    Winston Salem State University.

2    Q.   This is not a memory test, so it's okay if it's just

3    roughly in that time frame.  Somewhere in the vicinity of 2003

4    or 2004, somewhere like that?

5    A.   Yes.  But as a scientist, I tend to be somewhat precise.

6    But I will keep that in mind, thank you.

7    Q.   What types of academic courses have you taught?

8    A.   I've taught courses in: anatomy, physiology, neuroanatomy,

9    clinical neurophysiology, biochemistry, toxicology, and

10   pharmaco and toxico-kinetics.

11   Q.   And what areas of toxicology has your research emphasized

12   over the last decade or so?

13   A.   My research has focused on pesticides and metals, but my

14   background as a mechanistic neuro-toxicologist means that I am

15   familiar with how the chemistry of different compounds

16   interacts with the body, and that is also what I partially

17   teach in my toxicology courses and in my biochemistry courses.

18   Q.   Now, you mentioned some experience with pesticides or

19   metals.  Is your research about those things from a

20   toxicological perspective?

21   A.   Yes.

22   Q.   So how those things affect the body?

23   A.   Correct.

24   Q.   Have you published any peer-reviewed publications in the

25   field of the toxicology?

1   A.   I have.

2   Q.   What about, in general?

3   A.   My -- the bulk of my publications are related to pesticide

4   effects, how pesticides affect the brain and how heavy metals

5   also affect the brain.

6   Q.   Would it be fair to say each of those areas could be

7   characterized in a general sense as how sort of foreign

8   chemicals or substances, once they enter the body or touch the

9   body, affect the body's operation?

10  A.   That is correct.

11  Q.   Are you a member of any professional societies?

12  A.   I am -- I've been a member of the Society of Toxicology for

13  over 20 years.  I'm currently the vice president of the

14  Neuro-Toxicology Specialty Section in the Society.  And I am

15  also a fellow of the Academy of Toxicological Sciences.

16  Q.   Finally, have you been -- have you worked -- I'll ask this

17  first:  Have you worked as an expert specifically with respect

18  to the toxicology of oleoresin capsicum spray in any prior

19  cases?

20  A.   I have.

21  Q.   How many cases have you been retained as an expert in that

22  subject?

23  A.   Specifically with oleoresin capsicum?

24  Q.   Yes.

25  A.   In two previous cases.

1    Q.   In either of those cases, did you end up testifying and

2    being qualified as an expert?

3    A.   Yes.

4    Q.   Let's talk, then, about oleoresin capsicum.  Let me just

5    ask you, as part of your work in those cases, have you reviewed

6    the literature with respect to the effects of oleoresin

7    capsicum on the human body?

8    A.   I have.

9    Q.   Let's talk generally, then, about what oleoresin capsicum

10   is.  First of all, is that sometimes referred to as "OC"?

11   A.   That is correct.

12   Q.   Can you explain to the Court what OC or oleoresin capsicum

13   is, what its typical commercial application is?

14   A.   Oleoresin capsicum is kind of an umbrella name of a group

15   of chemicals that are extracted from or removed from plants in

16   the capsicum family, and the capsicum family is peppers.

17   Q.   Once they are removed, what is then done to them to

18   commercialize them?

19   A.   The compounds are removed from the peppers, themselves,

20   with an organic extraction.  In this case, it doesn't mean

21   "organic," like no pesticides.  It means organic, like organic

22   chemistry compounds.  And when those compounds are removed,

23   then they can be -- they can be concentrated and then they can

24   be used in other things, and one of the main places where these

25   purified chemicals are used are in pepper sprays.

1    Q.  Are there different types of capsaicin chemical compounds
2    that are found in oleoresin capsicum?
3    A.  There are.  And so you asked if there were other chemicals
4    that were capsaicins and in chemistry, we would say those are
5    "capsaicinoids."  So you have oleoresin capsicum and that's the
6    broad, general term for any of those compounds that come out of
7    the pepper plant.  Within that category, there's a subcategory
8    called capsaicinoids, and those are -- there are multiple
9    compounds in that family as well, of which capsaicin is one of
10   them.
11   Q.  So capsaicin is one of them.  What about dihydrocapsaicin?
12   A.  Yes, dihydrocapsaicin is also one of them.
13   Q.  You mentioned pepper sprays or pepper gels.  What is the
14   typical concentration, first, of a -- typical concentration
15   range for commercially available pepper sprays or pepper gels
16   for use on humans?
17   A.  For humans, the pepper spray concentrations are typically
18   around .18 percent up to around 1.33 percent.
19          MR. DREHER:  I just want just one moment, Your Honor.
20   BY MR. DREHER:
21   Q.  So I think you mentioned it's typically up to 1.33 percent
22   of major capsaicinoids; is that right?
23   A.  That's correct.
24   Q.  What about, like, a bear spray for use on bears?
25   A.  Those concentrations of the major capsaicinoids are usually

1    much higher.  And those can range from 2 percent, I think, the

2    most I've seen is 3 percent.

3    Q.   Okay.  So the range for human use goes up to 1.33 percent

4    and then bear sprays can be in the 2023 to 3 percent range?

5    A.   Correct.

6    Q.   What about the product Sabre Red Maximum Strength Pepper

7    Gel?  Do you know the concentration of major capsaicinoids in

8    that?

9    A.   The safety data sheet, the SDS, that's associated with or

10   that comes with that particular compound states that there's

11   1.33 percent of the major capsaicinoids in that product.

12   Q.   So right at the upper limit of what is a commercially

13   available product for use on humans?

14   A.   That's correct.

15   Q.   Now, if there was -- what does it mean for there to be --

16   are there different percentages that are sometimes used in

17   reference to these products in terms of the percentage of major

18   capsaicinoids versus the percentage of just OC within a

19   formulation?

20   A.   Yes.  Typically, on a formulation, the company or the brand

21   will list something.  For example, like, "10 percent OC," or,

22   "10 percent oleoresin capsicum."  And that's the percent of OC

23   in the entire product.  But because the oleoresin capsicum is

24   that umbrella term and there are other capsaicinoids in that

25   mixture of oleoresin capsaicin, sometimes the bottles will also

1  list, for example, "1.33 percent major capsaicinoids," or

2  sometimes it will just say "capsaicin," but often it just says

3  "major capsaicinoids."

4  Q.  Of those two, the 10 percent or the 1.33 percent, which is

5  the one that drives the potency or strength of the formulation?

6  A.  The one that drives the potency and strength of the

7  formulation is the 1.33 percent or the percentage of major

8  capsaicinoids.

9  Q.  Is there a measure used in the industry to measure the

10  again, the strength or potency of the capsaicinoids?

11  A.  There is.  It's usually measured in SHU or Scoville Heat

12  Units.

13  Q.  Are you aware of the SHU or Scoville Heat rating for

14  various types of peppers and capsaicinoid compounds?

15  A.  I am.

16  Q.  What about something like just like bell peppers?  What

17  would that be rated, if you know?

18  A.  So again, this is related to how hot they are.  It's kind

19  of the way that it's described.  So bell peppers would be

20  something around zero or very, very few.  And then you would

21  have something like jalapenos, which would be maybe several

22  hundred.  And then you would have, maybe, like ghost peppers

23  that were several thousand.  But in that unit or in that scale,

24  the capsaicinoids or the pepper sprays that are at

25  1.33 percent, they have a SHU of 2 million.  So you're many

109

1  more times potent, many more times stronger than peppers that
2  we would come into contact with and eat.
3  Q.  Let's talk now about the physical pathways through which OC
4  can affect the human body.  I'm just going to be talking
5  specifically about capsaicin and dihydrocapsaicin for the
6  remainder of your testimony.  Can you just start by talking
7  about the toxicological mechanisms by which those compounds
8  affect the body when the body is exposed to them?
9  A.  When the body comes into contact with the capsaicinoids or
10  when the capsaicinoids come into contact with the body, there
11  are special proteins that are on our cells and on our body, and
12  those proteins will connect with the capsaicin.  And when those
13  proteins have connected with the capsaicin, those cells will
14  then release other chemicals.
15      One of the chemicals that is released is called substance
16  P.  And substance P is one of the main neurotransmitters for
17  pain.  That's one of the reasons why, when we come into contact
18  with capsaicinoids, pain is a result because that's the signal
19  that our body receives.  But other neurons that have -- that
20  can detect capsaicin, those neurons will release other
21  substances and -- called neurotransmitters.
22      And those neurotransmitters will actually interact with
23  muscles in our body through multiple pathways but will interact
24  with muscles in our body.  So the signal that we get from
25  capsaicin can actually cause muscular changes in our body.  And

1    those "muscles" that I'm talking about are the muscles that

2    line blood vessels or the muscles in the heart.

3       So it's a multiple pathway system, but once that pathway

4    system is started, then it's like dominoes and it just goes to

5    do whatever it is those neurons are telling the body to do.

6    Q.  Can you talk about specifically, what the body's reaction

7    is like if OC chemical compounds hit the eyes or the eye area?

8    A.  So when the -- when capsaicinoids hit the eyes, we have

9    neurons in the eyes that can detect those chemicals.  And when

10   those chemicals are detected, then it causes the eyes to blink

11   very tightly.  It causes the eyes to tear, and the tearing and

12   the blinking are part of that pathway that -- where capsaicin

13   neurons are related to muscles.  So those are two main things

14   that happen with the eye.

15   Q.  When you say "blinking," is it like the ordinary blinking

16   that you would experience if you were just blinking your eyes,

17   or is it something stronger than that?

18   A.  No.  It's a very strong reflex such that the eye closes

19   very tightly and very -- in some respects, violently because

20   part of what the chemical pathway is doing when capsaicin

21   touches that part of the body is part of the body's response is

22   to protect itself from additional exposure.  And so the eyes

23   will close very tightly because that response will -- the body

24   is trying to prevent other things from coming into the eyes at

25   that point.

1    Q.  In what way, if any, would the pain sensation in the eyes

2    be different than the pain sensation you might experience if OC

3    compounds ended up on your arm, for example?

4    A.  The pain that is felt in the eyes and the pain that would

5    be felt in the face is actually much greater than the pain that

6    would typically be felt in the arms.  And that's because the

7    arms don't have a large density.  The arms don't have a large

8    number of these receptors.  So the more receptors you have, the

9    easier it is for the body to detect it and the more the body

10   detects, the greater that pain or that response is.

11   Q.  Let's jump away from the toxicological mechanisms and talk

12   about the actual symptoms or effects that people experience

13   when they are struck with something like pepper spray or pepper

14   gel.

15       So first, just talk about, what are the most common toxic

16   responses or symptoms people experience?

17   A.  The most common would be tearing of the eyes, would be that

18   reflexive blinking.  It would be also from the nose.  There

19   would be a lot of drainage from the nose, drainage from the

20   mouth, so salivation.  There would also be burning of the skin,

21   the areas that were touched, as well as swelling and redness.

22   Q.  What about impacts on breathing?  Are there any of those,

23   typically, in a common situation?

24   A.  There are impacts on breathing as well.  Because just as

25   the eyes want to clinch to try to keep things out, if something

1    is entering through the nasal passageway, then the respiratory

2    tact wants to clinch as well to try to prevent additional

3    things from getting down into the lungs.  So when something

4    gets into the lungs, it potentially affects our ability to

5    breathe.  If we can't breathe, we don't function.  That's one

6    of the mechanisms and that's called a bronchiospasm, and that

7    can take place as well.

8    Q.  What does it look or sound like when someone's experiencing

9    a bronchiospasm?  I apologize for making you do this.

10   A.  When the respiratory tract tightens, then a person could

11   experience wheezing.  And so as someone who has asthma and has

12   wheezed before, I apologize to the court reporter as to how

13   you're going to put this on record, but it goes (wheezing), and

14   what's happening is you just can't get as much air in and out.

15        For bronchiospasm, it may be (indicating), and everything

16   is closed off.  So you can't get air in and out, so there may

17   be wheezing as well as a time frame at which no air is coming

18   in or out.

19   Q.  So you've mentioned some effects on the eyes and the skin.

20   Are there any other organs in the body that can be affected by

21   exposure by those major capsaicinoids?

22   A.  So the skin is the largest organ of the body.  We've

23   already talked about that.  The eyes are another organ that

24   we've talked about.  The other organs that can be affected are

25   the lungs, and then the heart can be affected as well.  And the

1  reason that the heart can be affected is because some of the

2  neurons that receive information from the capsaicin neurons are

3  neurons that will innervate or talk to or control the heart.

4  Q.  Can you explain what kinds of -- well, let me ask you this.

5  You talked about common responses and sort of a common scenario

6  of acute exposure to OC.  What are some of the less common but

7  more serious healthwise responses to acute exposure to major

8  capsaicinoids?

9  A.  Because the neurons that can detect capsaicin also interact

10  with the blood vessels, one of the things that can happen when

11  a person is exposed to capsaicin is that the blood vessels

12  immediately go from their normal size to a dilated size.  And

13  when the blood vessels get bigger, what that does is it causes

14  a drop in blood pressure.  And if blood pressure drops, then

15  it's much more difficult for blood to get to different parts of

16  the body, particularly the brain.

17      When the neurons run out of the signal that says open up

18  the blood vessels, then what happens is the neurons can no

19  longer tell the muscles in the blood vessels to open.  And so

20  in the absence of a signal that says open, the blood vessels

21  start to close.  When the blood vessels close, then you end up

22  with high blood pressure, a transient -- a reversible increase

23  in blood pressure, and that can also be dangerous to the heart

24  because the heart then tries to respond to maintain the blood

25  pressure.  And so a person could have slowed heart rate,

1    bradycardia, or the person could have increased heart rate,

2    tachycardia.  And both of those put excess physiological strain

3    on the heart.

4    Q.  So you mentioned there can be sort of sudden drops or

5    increases in blood pressure; is that right?

6    A.  That's correct.

7    Q.  And what kind of impact, if any, could that have on

8    someone's consciousness?

9    A.  If -- and maybe we've all experienced this at some point.

10   If you're sitting down and then, suddenly, you stand up and you

11   get a little lightheaded, part of that is because we experience

12   a very quick change in our blood pressure because we're going

13   from a seated position and all the blood is mainly in our legs,

14   and we stand up and now the heart has to get it to our brain.

15   When the heart can't get it to our brain, it makes us -- we

16   could potentially pass out.  It causes some darkness because

17   that's our brain's response to a lack of oxygen.

18   Q.  Can that same type of physical response occur in reaction

19   to acute exposure to capsaicin?

20   A.  Yes.

21   Q.  What about the respiratory tract?  You've sort of talked

22   about that, but in terms of less common more serious

23   respiratory reactions?

24   A.  It's been documented in the literature that some people

25   after exposure to capsaicins, to pepper sprays, will develop

1    reactive airway dysfunction syndrome, RADS.  And what that

2    means is after that initial exposure to capsaicin, in the

3    future any exposure that they have to capsaicin afterwards or

4    any other strong chemicals, can actually cause lung problems

5    like difficulty breathing or wheezing.  In some people that has

6    actually led to -- in addition to RADS or separate from RADS

7    has led to long term asthma.

8    Q.  Okay.  So those are long-term conditions.  Do they require

9    long-term care?

10   A.  They would.

11   Q.  Any medical intervention that could be required for either

12   of those -- or medication, I should say?

13   A.  For long term or immediate or both?

14   Q.  Either one.

15   A.  Okay.  So in the short term after exposure, if someone is

16   having the difficulty breathing, the closure of the respiratory

17   tract, if medical attention is sought, one of the things that

18   would be appropriate would be giving a breathing treatment with

19   something that would then open up the respiratory tract.

20        And this is part of what I will help students understand in

21   my toxicology courses or in my anatomy courses, what -- how to

22   reverse, if appropriate, some of that or treat some of the

23   toxic syndromes.

24        For RADS, what that means is the person, from that point

25   forward, would have difficulty -- potentially have difficulty

breathing, and so they may have to go on long term medication
to help their lungs function properly.

Q. So we mentioned blood pressure, changes in heart rate,
constriction of the respiratory tract, consciousness.  What
about with respect to eyes?  Are there any sort of less common
but more severe impacts that can happen to the eyes?

A. One of the things that happens -- I mentioned the spasms
that close the eyes and make it extremely difficult for the
eyes to open back up.  One of the things that also happens,
initially, is a lot of tearing, and that is because the body is
trying to get rid of that.  But once the signals that tell the
body the tear are no longer working because they've been --
because the body has exhausted that signal, the eyes get very
dry.  And when the eyes get dry, the person can have corneal
abrasions, so scratches on their cornea.  And those can take
days to weeks to heal.

It is also reported that people will have dry eyes for
several days to weeks afterwards.  And that makes their eyes
actually more vulnerable to other things in the environment
that could damage them after the exposure to the capsaicinoids.

Q. How would the length of time of exposure that somebody had
in the eye area relate to the likelihood of developing that
kind of corneal damage?

A. The more concentrated a toxic agent is and the longer that
toxic agent stays on the affected area, the greater the

1    probability that more severe damage will occur.

2    Q.   So if someone, right away, is able to sort of remove the

3    toxic substance from their eyes, it sounds like that would be

4    less likely to lead to corneal damage than if someone were

5    unable to take the time to remove that toxic substance at the

6    first moment?

7    A.   That is correct.  But I take a little pause with your

8    "immediately get it away."  The capsaicinoids compounds are

9    oily in nature.  And so even if someone were to get sprayed and

10   then immediately get to water, it would still take time for

11   those oily compounds to be washed out of their eyes because oil

12   and water don't mix that well.  So immediate might be a

13   misnomer in that sense.

14   Q.   Okay.  Understood.  Let me just ask you for some of these

15   less common but more serious medical issues that you've

16   described.  Are there cases in the literature in which

17   individuals sought treatment at an emergency room?

18   A.   There are.  There are a number of epidemiological studies,

19   as well as emergency room and poison control center studies

20   that indicate that people do have to go to the emergency room

21   after exposure to these capsaicinoids.

22   Q.   Not every person, I assume?

23   A.   Correct, not every person.

24   Q.   Some proportion of people?

25   A.   Correct.  Probably somewhere around 15 percent of people

1    that are sprayed or come into contact with these would go to an

2    emergency room for additional treatment.

3    Q.  What are some of the factors that could affect the type of

4    reaction someone could have to major capsaicinoids if, in fact,

5    not everybody would have the same reaction necessarily?

6    A.  One of the major factors is, again, how concentrated this

7    capsaicinoids are and how long the capsaicinoids will stay on

8    the person's skin.

9        Another aspect is whether the person has underlying health

10   conditions.  And those would typically be underlying conditions

11   such as asthma because the capsaicinoids affect the respiratory

12   tract.  If someone has underlying heart conditions, then they

13   would be at a greater risk.  The younger a person is, not young

14   like 18 to 22 young, but young like 0 to 12 or 15 young,

15   they're more vulnerable.  If someone is over the age of 50,

16   they're also more vulnerable.

17   Q.  What about the activity that someone is engaged in at the

18   time of exposure?  If someone's engaged in a strenuous activity

19   already, how could that impact the way that their body reacts

20   to the exposure to an OC or spray or gel, for example?

21   A.  If someone is already engaged in some sort of heavy

22   activity, then their body is already using more oxygen than I'm

23   using here sitting down.

24       So if a person's physiology already needs a lot of oxygen,

25   then anything that they come into contact with, like the

1  capsaicinoids, that decreases their ability to get oxygen in

2  would also likely cause a more severe response to exposure to

3  capsaicinoids as well.

4  Q.  Can you talk a little bit about for one category of

5  individual in particular, individuals with contact lenses, how

6  their experience might be different than individuals who are

7  not wearing contact lenses?

8  A.  People that wear contact lenses, it is easy for them to get

9  things caught behind their contacts.  And as I mentioned, the

10  capsaicinoids are an oily compound, and they can easily go

11  through things like contacts.

12      So someone with contacts would have the capsaicinoids

13  trapped behind their contacts, which means that their eyes

14  would be in contact with the capsaicinoids longer until they

15  got their contacts out.  But in doing so, if they have any

16  capsaicins on their hands, they will actually put more

17  capsaicin in their eyes as they're trying to get rid of the

18  thing that's holding the capsaicin in.

19  Q.  So would it be fair to say that you have described several

20  less common but more severe reactions to pepper spray affecting

21  a number of organs within the body?

22  A.  Yes.

23  Q.  And some of those, based on your review of the literature

24  sometimes require medical intervention, like going to an

25  emergency room or going to a hospital for treatment?

1    A.   That is correct.

2    Q.   Do other individuals seek other kinds of medical treatment

3    that might not be like in an emergency room setting but just an

4    ordinary medical provider?

5    A.   Yes.  Some of the effects of capsaicinoids will last for,

6    as I mentioned, for days or for weeks.  And so it is not

7    uncommon in the literature for people to not seek immediate

8    medical treatment at an emergency room.

9        But when those symptoms don't resolve, then they may go see

10   their provider.  They may go to a pharmacy and talk to their

11   pharmacist about, you know, what do I do?  I've still got pain

12   on my skin, my skin is still red, everything's bad.  What can I

13   do?  So there are a number of options for medical providers

14   after the day of the incident or after the actual incident

15   takes place.

16             THE COURT:  What's the most common thing that happens?

17             THE WITNESS:  The most common thing that happens is

18   intense pain, is swelling and reddening of the eyes.

19             THE COURT:  Around the eyes?

20             THE WITNESS:  Around the eyes.  Sometimes the eyes

21   themselves will actually get red inside.  And then a fairly

22   high percentage of people will also have difficulty breathing.

23   It may not be difficult enough for them to go to an emergency

24   room, but they will have difficulty breathing because of the

25   way the capsaicin interacts with the --

1          THE COURT:  What will the ER do, then?  Give them

2    oxygen or what?

3          THE WITNESS:  That's what they'll do because there's

4    no antidote.  There's no treatment for capsaicin.  So what the

5    healthcare providers have to do is treat the signs and

6    symptoms.  They can't actually give them something to

7    decontaminate, other than just keep washing the areas.

8    BY MR. DREHER:

9    Q.  And if somebody has one of those corneal scratches you were

10   describing, is there anything that -- even if they seek medical

11   treatment, is there some kind of treatment they can receive for

12   that, or do they have the wait for it to heal?

13   A.  It is similar to -- if we have an abrasion, sometimes you

14   just wait for it to heal and sometimes depending on how bad it

15   is, there may be medicine that is given to prevent secondary

16   infection because a secondary infection due to

17   capsaicin-induced corneal damage may cause them to have long

18   term vision problems.

19   Q.  Now, you've talked during your testimony about both pepper

20   gels and pepper sprays.  So first, let me ask you, do you have

21   a background in chemistry in addition to toxicology?

22   A.  I do.  My first degree was in chemistry.

23   Q.  So I want to ask you just, generally, about --

24          THE COURT:  Please.

25          MR. DREHER:  Yes, yes.

1   BY MR. DREHER:

2   Q.  About just what the difference would be, if any, or whether

3   there is any difference in terms of the delivery of capsaicin

4   to somebody from a spray versus a gel?

5   A.  So a spray would disburse a lot easier.  So the amount of

6   pepper spray that a person might come into contact with from an

7   aerosol is potentially less because it's not in a concentrated

8   form.  In a spray, it is often a little easier to get off

9   because you don't have the other vehicle, the stuff that

10  carries the capsaicin still in the body.

11     A gel is much more difficult to get off because it's --

12  because gels are designed to adhere to things.  And so, again,

13  it goes back to:  The longer something is on your skin or in

14  your eyes or wherever and the more concentrated in it is in

15  that area, the greater the toxic response.

16          THE COURT:  And just washing it off is going to be

17  different for a gel than a spray.

18          THE WITNESS:  Correct.  And washing it off becomes

19  more difficult.  And with a spray, if you wipe, it will often

20  wipe off.  But with a gel -- with gels, often, what happens is

21  because of the way they're designed, it spreads.  So when a gel

22  is used for something in toxicology or in pharmacology, it is

23  because part of the design of that compound is to enable a

24  concentration to be spread out over an area more than you would

25  expect in an aerosol.  It's like the difference between

1  using -- okay, this analogy works for me, Your Honor, from

2  using a hair gel versus a hair spray.

3  BY MR. DREHER:

4  Q.  Okay.  We're almost done.  I just have a couple of notes

5  from my colleague.  One is if you could, again, briefly and

6  generally talk about the ways in which someone who does have

7  asthma that might react differently or more severely than

8  someone that doesn't, if they were sprayed or exposed?

9  A.  So because someone with asthma already has lungs that are,

10 in essence, primed to close up on a regular basis, when they

11 come into contact with a chemical whose response in the body is

12 to close those airways, then someone with asthma is going to be

13 potentially more vulnerable to breathing difficulties.  And

14 again, if you can't breathe, you can't function and bad things

15 happen.

16 Q.  And then you talked about this a little bit earlier, but

17 just to be clear, those changes in blood pressure you were

18 talking about, can those be severe enough to actually cause a

19 loss in consciousness?

20 A.  Yes.  Yes, they can.

21 Q.  If you can just describe maybe a case that you're familiar

22 with, if you are familiar with a case in which something like

23 that happened?

24 A.  So I'm familiar with a case where a young man who was

25 actually, I think, around 20 years old.  So one of those groups

1   that you wouldn't anticipate having an adverse effect was

2   actually sprayed with pepper spray, and he had a drop in blood

3   pressure and also a loss of breathing.

4       It was severe enough that he passed out, and the

5   chemicals -- because he couldn't exhale them -- also called,

6   what's referred to as hypoxic injury, but hypoxic injury just

7   means there wasn't enough oxygen.  So he was left with long

8   term brain damage.

9   Q.  All right.  Now, that is an unusual reaction?

10  A.  That is correct.

11  Q.  But there are some incidences in which that has happened?

12  A.  That's correct.  There are other incidences in the

13  literature, again, rare occurrences, but where people that were

14  sprayed with pepper spray died.  And when the autopsy was

15  carried out, the autopsy revealed that they died from heart

16  failure, heart attack, heart problems.

17  Q.  Now, in those cases, is it always clear whether pepper

18  spray is the only contributing cause?  Could there be other

19  contributing causes?

20  A.  It's difficult to know whether the person would have had a

21  heart attack on that day, at that time, if they hadn't been

22  sprayed with pepper spray.  But they were sprayed with pepper

23  spray.  Pepper spray does affect the heart and the way the

24  heart beats and then they had a heart attack.  So it is

25  correlative.  And in those instances, it is more difficult to

1    say with 100 percent certainty -- although scientists don't

2    like to be 100 percent -- that it was the pepper spray, but it

3    is also very extremely difficult to rule that out as a cause.

4              MR. DREHER:  Thank you.  No further questions.

5              THE COURT:  Mr. Shipley.

6                        CROSS-EXAMINATION

7    BY MR. SHIPLEY:

8    Q.  Good afternoon, Doctor.

9    A.  Good afternoon.

10   Q.  In your research or study with regard to the testimony

11   you've given, have you ever done any testing or read any

12   material regarding the various kinds of delivery devices that

13   are used?

14   A.  I have.  I am more familiar with them from a chemistry

15   standpoint as the properties of the different types of delivery

16   mechanisms.

17   Q.  But not so much with respect to how one type of delivery

18   mechanism works differently than another type, correct?

19   A.  I don't understand your question with "type."

20   Q.  There are a variety of products available that deliver the

21   OC spray -- and I'm not going to continue to pronounce it.

22   A.  "OC" is perfect.

23   Q.  The OC delivers it in a different mechanism, right?

24   A.  When you say in a "different mechanism," do you mean

25   differences in whether it's an aerosol or fogger or a ball or a

1  gel?

2  Q.  Exactly.

3  A.  Okay.  Yes, there are different ways those can be

4  delivered.

5  Q.  And depending on the type of mechanism, it can influence

6  significantly the effectiveness, right?

7  A.  It is potentially misleading to say that it changes the

8  effect because when the capsaicinoids come into contact with

9  the body, then the body is going to respond that way.  As soon

10  as the receptors detect that, receive that information, then

11  you've started a domino effect such that whatever is in that

12  line is going to take place.

13  Q.  That assumes that the delivery device is effective in

14  landing the OC-containing material on the intended target?

15  A.  But that is the device's job, is to land the pepper spray

16  on the intended target.  Maybe I'm not understanding your

17  question.

18  Q.  Well, devices have different effective ranges, right?

19  A.  Correct.

20  Q.  So if a particular device has an effective range of, let's

21  say, 10 feet but the subject is 20 feet away, then it doesn't

22  really matter what's in the OC spray, right?

23  A.  It doesn't matter what's in the OC spray, if the OC does

24  not come into contact with the person.

25  Q.  Exactly.

1   A.   Okay.

2   Q.   So your testimony today all sort of presumes that the OC

3   comes into contact with the person?

4   A.   My testimony today talks about what happens, yes, when

5   capsaicinoids come into contact with a person.

6   Q.   Okay.  So it's -- that's how I understood it.  I'm not

7   trying to trick you.  That's just how I understood your

8   testimony to be is that the biochemical effects from this poly

9   sci major, the biochemical effects from the contents of the OC

10   compound on the various parts of the body, whether they be

11   membrane or skin or whatever, right?  Your testimony is about

12   that relationship?

13   A.   It's about the toxicity of capsaicinoids.

14   Q.   On a human body?

15   A.   On a human body.

16   Q.   It has the same effect on other mammals as well?

17   A.   Correct.  That was my hesitation.

18   Q.   Now, the impact on the eyes -- are you familiar with the

19   term "hypodermic needling"?

20   A.   Like, dry needling?

21   Q.   I think it has to do with sort of the effective range of

22   capsaicin spray in the face and why it's not to be used from a

23   certain distance, right?

24   A.   I didn't -- I'm not sure what your question was.

25   Q.   Okay.  Well, have you studied in the training done by law

1   enforcement of new recruits on how to use the product, right?

2   A.   My testimony here today is providing information about the

3   capsaicin itself.   I'm not here to provide information about

4   training protocols or anything like that.

5   Q.   So you're not really prepared to discuss different methods

6   by which different recruits are trained or exposed to the

7   product?

8   A.   That is correct.   That would be beyond the scope of my

9   investigation.

10  Q.   All the biological, for lack of a better description, the

11  biological descriptions you've given, the toxicity, the various

12  aspects of bodily functions that can be impaired or impeded,

13  that's all well known in the medical community, right?

14  A.   Correct.

15  Q.   It's all well known to FDA, right?

16  A.   To the FDA?

17  Q.   Correct.

18  A.   Correct.

19  Q.   And these products are still available easily

20  over-the-counter, correct?

21  A.   That is correct.

22  Q.   You can order them on Amazon, right?

23  A.   Probably.

24  Q.   Have it delivered to your house the next day?

25  A.   With Amazon Prime.

1    Q.  So while it's certainly true, accepting your testimony at

2    face value that there are potential consequences from the

3    application of these products, as a relative matter, those

4    aren't considered so great that the FDA prohibits their use or

5    sale?  They're not prohibited by the FDA, right?

6    A.  That's correct.  But the -- that misrepresents a little bit

7    about the products themselves, and it implies that the FDA or

8    other regulatory agencies would not allow something on the

9    market that is completely without risk or without danger.

10        And so when you ask me:  Are the things well known about

11   the capsaicinoids?  The answer to that is yes.  But that

12   doesn't mean that when someone is sprayed with -- when someone

13   comes into contact with these or sprayed with these that the

14   toxic responses that I described don't happen.

15   Q.  Fair enough.  But they're temporary, with the exception of

16   rare cases where they become more problematic over a long term?

17   A.  Most of the -- yes, most of the symptoms will resolve in

18   most people within hours to days or weeks.

19   Q.  Most people.  Some people, it has almost no effect, right?

20   For whatever reason, whatever biological reason, they don't

21   react to it?

22   A.  That is incorrect.

23   Q.  Is it a matter of pain tolerance?

24   A.  That is a better way to state that.  So it is incorrect to

25   say that their body would not respond to that.  Their body will

1  respond because, again, once the chemical is on the receptor,

2  it goes down the domino effect.  It goes down that domino

3  chain.

4      If I understand your question correctly, then what you're

5  saying is they may not -- they may not indicate that they're in

6  as much pain as someone else may indicate, but that doesn't

7  mean that their body hasn't responded to the chemical.

8  Q.  But somebody who's, for whatever reason, able to tolerate

9  that pain level, for example, somebody who likes to east ghost

10  peppers as opposed to somebody who doesn't want to eat ghost

11  peppers, it's not debilitating?

12  A.  But we're not talking about eating it.  So in your example,

13  it's not:  Someone likes ghost peppers, to eat them, and

14  someone doesn't.  The analogy is:  Someone likes having ghost

15  peppers put into their eyes and someone doesn't.

16  Q.  Fair enough.  But you are aware that law enforcement

17  agencies that equip their officers with OC spray, train their

18  officers, not only in the use of OC spray, but what it's like

19  to have it used against them, right?

20  A.  Correct.  And I'm also aware that in the literature that is

21  looking at emergency room responses or that is looking at

22  medical intervention required, the highest percentage of people

23  who require that sort of intervention is actually coming from

24  those training sessions.

25  Q.  Which you would expect because if given -- if the OC spray

1    is being directly applied to recruits during training, some

2    number are going to have the more severe symptoms than others,

3    which are going to require treatment.  So you're going to

4    require treatment in a training session, right?  You would

5    expect that?

6    A.  I -- I would --

7    Q.  Let me back up.

8    A.  I guess I'm not sure --

9    Q.  Let me back up.  Didn't you say that ER visits are required

10   with about 15 percent of the people that are exposed?

11   A.  Correct.

12   Q.  Would it be fair to say then that about 15 percent of the a

13   training class would require some kind of medical intervention?

14   A.  Correct.  That's what I was trying to figure out, if that's

15   how you were applying your question.  Thank you for the

16   clarification.

17   Q.  It makes sense to me.  I may be the only one.

18        MR. SHIPLEY:  Thank you, Doctor.

19        THE WITNESS:  You're welcome.

20                    REDIRECT EXAMINATION

21   BY MR. DREHER:

22   Q.  Dr. Fitsanakis, can you always predict, in advance -- or

23   can you predict, in advance, how someone is going to react to

24   exposure to pepper spray?

25   A.  It would be highly likely that a person would react with

132

1    the more common signs and symptoms acutely, again, the eye

2    blinking and some difficulty breathing and the tearing and

3    things like that.

4        Beyond that, it is extremely difficult to predict who's

5    going to have a much more severe effect, who might die from

6    that.  And in your colleague's words, who might not have an

7    overt effect, other than the physiological response.

8    Q.  And then you were asked some questions about certain types

9    of effects being rare.  I just wanted to clarify, the most

10   extreme potential outcomes, those are rare, I take it?

11   A.  Correct.  And the most extreme would be the death.  And

12   those are -- those are rare, but it is still difficult -- in

13   the literature, where we have documented people that have died

14   following pepper spray, it is, again, difficult to determine

15   the role that each of those would have played -- each of those

16   underlying symptomology, physiological stress from running or

17   other physiological stressors, how much that relates to being

18   triggered by being exposed to OC.

19   Q.  And then you talked about a different category of potential

20   effects, things like the development of asthma or RADS, you

21   described, or the corneal damage.  Are those impacts more

22   common in the literature than sort of those more extreme

23   effects like death or loss of consciousness?

24   A.  Yes.  So if I had to categorize them maybe into three

25   buckets, then the tearing, the drop -- the difficulty

1   breathing, the clinched eyes, those would be common.  And on a

2   toxicology scale relatively mild.  That doesn't mean the person

3   experiencing them thinks they're mild, but if it's tearing up

4   versus death, tearing up is mild compared to death.

5       So the middle bucket would be things like, maybe, an asthma

6   attack, the bronchiospasm, the corneal damage, the drop in

7   blood pressure that would cause someone to faint, those would

8   be medium danger and less common.

9       And then the least common would be death and would be

10  severe heart failure, not causing death, or severe respiratory

11  failure, not causing death.  Those would be rare but would be

12  extremely severe.

13  Q.  And then just to be clear, then the middle bucket, the sort

14  of less common but moderate impact things that you just

15  described.  Those are some of the things that can lead to, for

16  example, emergency room visits?

17  A.  Correct.

18  Q.  Or other medical interventions?

19  A.  Correct.

20  Q.  And can take weeks or a longer period of time to recover

21  from?

22  A.  That is correct.

23  Q.  And then, lastly, you were asked a couple questions about

24  whether pepper spray or pepper gels are sort of commercially

25  available products; is that right?

1    A.   I was asked that.  That is correct.

2    Q.   Are kitchen knives commercially available?

3    A.   They are.

4    Q.   What about, like, hunting knives?  Can you go to the

5    sporting goods store and pick up a hunting knife?

6    A.   You can.

7    Q.   Thank you.

8         MR. DREHER:  No further questions.

9         THE COURT:  You can step down.  Let me see counsel at

10   the bench off the record before we break for lunch.

11      (Off-the-record discussion.)

12        MR. DREHER:  The Government will call Sergeant Kevin

13   Gallagher.

14                    SERGEANT KEVIN GALLAGHER,

15   having been first duly sworn on oath, was examined and

16   testified as follows:

17                       DIRECT EXAMINATION

18   BY MS. LOEB:

19   Q.   Good afternoon.  Could you please introduce yourself to the

20   Court?

21   A.   Sure.  My name is Kevin Gallagher.

22   Q.   What's your title?

23   A.   Sergeant.

24   Q.   Where do you work?

25   A.   The United States Capitol Police.