UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    07/14/2021

On July 8, 2021, Metropolitan Police Department (MPD) Officer N▮▮▮ D▮▮▮▮, date of birth 05/15/1991, telephone number ▮▮▮▮▮▮▮▮ was interviewed via telephone by NYPD Detective Christopher Spagnola and Special Agent Kyle Johnson. After being advised of the identity of the interviewing Agents and the nature of the interview, D▮▮▮ provided the following information:

Prior to conducting the interview, Ofc. D▮▮▮ reviewed Body-Worn Camera (BWC) footage from his own BWC and that of an adjacent officer, Ofc. A▮▮ W▮▮▮. The BWC footage covered a time frame of approximately 2:09 pm - 2:10 pm on January 6, 2021.

D▮▮▮ is a member of a specialized response unit at the MPD. The unit was trained and equipped with riot gear that was not available to most MPD officers. As such, D▮▮▮▮'s unit was called up and sent to the U.S. Capitol Building on January 6, 2021 to assist other MPD and U.S. Capitol police officers who were in need of assistance. D▮▮▮ is unfamiliar with the U.S. Capitol grounds, and is unsure where his unit was dropped off, but he remembers his unit of approximately 25 officers engaged in intense fighting with the crowd of rioters in order to push through them to get to the barrier manned by officers in need of assistance around the U.S. Capitol Building. D▮▮▮ estimated it took approximately 5 minutes of fighting in order to get all of the officers on his team through the crowd and to the area where the BWC footage was taken. Once inside the barrier, D▮▮▮ and the other officers split up to assist the other officers in areas where the crowd was attempting to overrun the barrier. Because they were wearing more protective gear then the other officers, D▮▮▮▮'s unit took up some of the most hazardous positions along the barrier and pushed those officers with less protective gear on behind them for protection. D▮▮▮ remembered multiple instances of pepper spray and CS gas release and that none of the

UNCLASSIFIED//FOUO

Investigation on  07/08/2021  at  New York, New York, United States (Phone)

File #  176-NY-A3421991                                Date drafted  07/09/2021

by  Kyle W. Johnson, SPAGNOLA CHRISTOPHER

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Case 1:21-cr-00483-DLF  Document 62-15  Filed 10/30/23  Page 2 of 2

176-NY-A3421991 Serial 45

UNCLASSIFIED//FOUO

176-NY-A3421991

Continuation of FD-302 of (U) Interview of Ofc. N███ D███ on July 8, 2021, On 07/08/2021, Page 2 of 2

officers were wearing gas masks.

D███ remembered the individual who conducted the spraying in the BWC because of the distinctive red had and red mask. He didn't know why, but the color stuck out to him. D███ remembers the individual in the red hat was in front of the crowd for most of the time D███ was in the area.

D███ remembered being sprayed in the eyes and face. Even though he was wearing protective gear, he only had a partial Plexiglass shield covering his face and it did not provide protection against a chemical spray. D███ was in immense pain to his eyes and face after the spraying. D███ was wearing contacts which chemicals like pepper spray cling to and cause further pain to the eyes.

D███ had to leave the line to flush his eyes out with water. He was assisted by his Sergeant, FNU A███. D███ believed he was off the line for approximately 60 to 90 seconds. D███ stated in different circumstances he would have stayed off the line for longer, but felt he had to get back on the line to work despite the pain he was in. D███ stated he doesn't normally deal with death, but he thought he and/or other officers may die that day. He knew he had more protective gear than most of the officers manning the barricade and had a better chance of withstanding blows from rocks or two-by-fours. As such D███ returned to the barricade as soon as possible to protect the other officers.

D███ rated the pain from the spray at approximately 7.5/10 on a pain scale. He believes it was similar to the pain he felt when he was pepper sprayed in the police academy. After viewing the videos, D███ stated that the size and shape of the canister was similar to that of MPD individually issued Oleoresin Casicum (OC) spray and was possible that the spray the individual used was MPD issued spray.

Ofc. D███ is available for contact in the future.

Videos shown to D███ will be attached via 1A too this FD-302.