**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 21-CR-483-DLF** |
| **EDWARD FRANCISCO RODRIGUEZ** | |
| **Defendant.** | |

**NOTICE OF VICTIM IMPACT STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of a victim impact statement from Officer M.B., which is attached as Exhibit 1, in support of the government's sentencing memorandum, ECF No. 62, in the above-captioned matter.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

/s/ Will N. Widman
WILL N. WIDMAN
Trial Attorney, Detailee
NC Bar No. 48158
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-353-8611
Will.Widman@usdoj.gov