UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| : | |
| v.   : | CASE NO. 21-CR-483 (DLF) |
| : | |
| EDWARD FRANCISCO RODRIGUEZ, : | |
| : | |
| Defendant.   : | |
| : | |

## MOTION TO STAY ENTRY OF JUDGMENT

Edward Francisco Rodriguez, by and through his attorney, Nora Hirozawa, files this motion to stay entry of judgment for 14 days. The government does not oppose this motion. At Mr. Rodriguez's sentencing hearing on November 6, 2023, the Court expressed concern regarding the government's ability to appropriately treat Mr. Rodriguez's mental health treatment in Bureau of Prisons ("BOP") custody. The Court directed the government to further investigate whether it would be able to meet Mr. Rodriguez's treatment needs and directed the parties to submit a joint letter recommending a particular facility.

Although government counsel has diligently sought out information regarding the BOP's ability to appropriately treat Mr. Rodriguez, additional time is required for the government to investigate appropriate facilities and assure that the government will be able to provide for Mr. Rodriguez's safety and mental health treatment. Given Mr. Rodriguez's significant history of past diagnoses and family history of serious mental illness, ensuring his safety while in custody is of critical importance to the parties.

The Office of Probation, through Probation Officer Crystal Lustig, takes no position regarding the request to stay entry of the judgment and has recommended FMC Devens to the parties.

The parties believe that 14 days will allow sufficient time for the government to confirm important information regarding the availability of mental health treatment and other facility-specific information that pertains to Mr. Rodriguez's safety. The parties jointly request that the Court stay entry of the judgment for 14 days. Thank you for your consideration.

                                             Respectfully submitted,

                                             /s/ *Nora K. Hirozawa*
                                             **NORA K. HIROZAWA**
                                             Attorney for Mr. Rodriguez
                                             Federal Defenders of New York, Inc.

Cc:    Will Widman (AUSA)
        Robert Cywinski (PO)