UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | CASE NO. 21-CR-483 (DLF) |
| : | |
| **EDWARD FRANCISCO RODRIGUEZ,** : | |
| : | |
| **Defendant.** : | |
| : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO EXTEND SELF-SURRENDER DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits its response to Defendant Edward Rodriguez's Motion to Extend Self-Surrender Date, ECF No. 79.

When defendant proposed extending Mr. Rodriguez's self-surrender date, defendant did not disclose the length of the extension sought and led the government to believe the extension was being sought for a different reason. Based on the new representations in defendant's filing, the government does not oppose a one-week extension of the defendant's surrender date to allow defendant's parents to escort him to FCI Milan.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:   /s Will N. Widman
WILL N. WIDMAN
Trial Attorney, Detailee
NC Bar No. 48158
1301 New York Avenue, NW, 8th Floor
Washington, D.C. 20530
(202) 353-8611
Will.Widman@usdoj.gov